DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF:
AURORA CERVANTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>PLAINTIFF,<br><br>v.<br><br>LAKHA CORPORATION, LAKHA CORPORATION dba ATWATER AMPM, and, or, ARCO AMPM 82436, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 1:14-cv-01295-AWI-BAM<br><br>**STIPULATION AND ORDER GRANTING DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: January 7th, 2015.                                               /s/Daniel Malakauskas

STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

By: Daniel Malakauskas,
Attorney for Plaintiff,
Aurora Cervantes

Dated: January 7th, 2015

/s/Brett Dickerson
By: Brett Dickerson
Attorney for Defendant,
Lakha Corporation

## ORDER

**IT IS HEREBY ORDERED**, that this action be **dismissed, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:   January 13, 2015

_____
SENIOR  DISTRICT  JUDGE